IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT G. MAHLIN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-11-CV-0342-M-BD |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated May 16, 2012, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.  Defendants' Rule 12(c) motion for judgment on the pleadings [Doc. #18] is granted.  This case shall be dismissed with prejudice.

**SO ORDERED** this 15th day of June, 2012.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS